**FILED**
CLERK, U.S. DISTRICT COURT
7/11/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ASI DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>OPINDER SINGH SIAN,<br>　aka "CAIN,"<br>　aka "Thanos,"<br>　aka "Opie,"<br><br>　　　　Defendant. | CR 2:25-cr-00580-MCS<br><br>I N D I C T M E N T<br><br>[21 U.S.C. § 963: Conspiracy to Export Methamphetamine] |

　　The Grand Jury charges:

[21 U.S.C. § 963]

　　Beginning on a date unknown and continuing until on or about October 22, 2023, in Los Angeles and Orange Counties, within the Central District of California, and elsewhere, defendant OPINDER SIGNH SIAN, also known as ("aka") "CAIN," aka "Thanos," aka "Opie," and others known and unknown to the Grand Jury conspired to knowingly and intentionally export from the United States at least 50 grams of

///

///

methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 953(c), 960(a)(1), (b)(1)(H).

                                        A TRUE BILL


                                        /S/
                                        Foreperson


BILAL A. ESSAYLI
United States Attorney

*Christina Shay*

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

J. MARK CHILDS
Assistant United States Attorney
Chief, Transnational Organized
Crime Section

CHRISTOPHER C. KENDALL
Assistant United States Attorney
Deputy Chief, Transnational
Organized Crime Section

ALEXANDRA SLOAN KELLY
Assistant United States Attorney
Transnational Organized Crime
Section